IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02053-MEH

CHERRY L. TAFOYA,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2015**.

    Defendant's Unopposed Motion for Withdrawal of Counsel [filed May 5, 2015; docket #23] is **granted**. Kirsten Westerland's representation of the Defendant in this case is hereby terminated. Defendant will continue to be represented by J. Benedict Garcia and Stephanie Kiley.